Office of the Clerk

United States District Court

844 N. King Street Lockbox 18                    12-7-06

Katrina Betty Blango                Warren L. Harris 00-162299

Dumbarton Oaks Apt 302              Sussex Correctional Center

Georgetown, Delaware 19947          1181 Paddock Road

                                    Smyrna, Delaware 19977

Petitioner
Warren L. Harris
Katrina B. Blango
Public Defender
State of Delaware

        /\

State of Delaware

        \/

Respondent
Yasmine Blango
State Prosecuter
State of Delaware


APPEALABILITY

I The Clerk Grant All records and Sopeona All records to The Courts For Further Evailution For Polygraphe test DNA Analeasis For Open Case Investigation of Prove of Tests

APPEALABILITY

RECEIVED NOV 29 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Merits of conviction                                    12-7-06

Office Of The Clerk                     Warren Lee Harris 00-162299
United State District Court             Delaware Correctional Center
844 N. King Street Lockbox 18           1181 Paddock Road
Wilmington, Delaware 19801-3570         Smyrna, Delaware 19977

Transcripts Shows that the State prosecuter Said that the alleged oppose crime happen 8:00 October 3. 1991 that night while Tina was at McDonald ordering food for me and the kids I Warren does have my side of the oppose. Why was I note arested that night when the claim crime Soppose to have happen and why did Tina note call the police when the alleged Soppose crime happen and why was I note arested that morning if the claim was on my head. The Truth is that it was Set up underneath the table charges for a arrest to be made of conspiracy and prejudice matter of passion between me and my woman Katrina Blango. Why was I arested at 2:45 am October 4 1991 at Dupont plant at a time they claim was at 8:00 that night October 3,. Also clerk I Warren Lee Harris is counter Sueing claim of prejudice of proof of evidence of any one that is claiming allegation of a witness.

1  Prosecuter James Atkins Superior court Georgetown Delaware
2  Public Defender Steve Callaway Superior court Georgetown Delaware
3  Judge Henry F. Graves Superior Judge
4  Warren Lee Harris Sentence May 22 1992 24 year 1 year probation

12-7-06

Office Of The Clerk
United State District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

Warren Lee Hoover 00-162292
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware 19977

Dear Clerk Of District Court, I Warren Lee Hoover under oath is confessing on the Maranda rights of the 4, 5, amendment to Sapoena all records and court Docket and of a none Waiveing of Indictment and arrangement. The oppose oppression of a Mandating conviction of Voilating the Post conviction of the Maranda rights each Auidlines Violates Double Jeapardy of false imprisonment of the 14, 15, 16, 17, 18, amendment of the Delaware code of the 28, U.S.C. 2254 Habeas Corder my case is reserved of appealability rule 61 ineffective assistance council rule 21 Signing off a amendment of 14, 15, 16, 17, 18 amendment of Maranda rights 4, 5, amendment. Dear Clerk I Warren Would like a Investigation and Sapoena all records and evidence and Summite to court Marshall loss on prejudice of investigation of a ineffective assistance counsel. Clerk I Would like 15,000 Dollars a day lawsuit pertaining to the Sapoena records and investigation of a oppose conviction of Sentence of 1 Degree Unlawful Intercourse 2 Degree Penatration. Also Clerk I Warren Lee Hoover is counter Sueing claim of prejudice of prove of evidence of anyone that is claiming allegation of a Witness. I Sapoena Miss Katrina Blango and Daughter Yasmine Blango for prove of polygraphic Test and DNA Swab test for a none Descriminating case loss on prejudice. I Warren Would like prove of Birth of child Yasmine Blango and mother Katrina Blango and my lawsuit of State reambushment and lawsuit of back pay of job wages and Disability SSI Walfare funds